FILED

03/12/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 19-0547

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 19-0547

_____

STATE OF MONTANA,

     Plaintiff and Appellee,

   v.                                   O R D E R

BEAU HERMAN MILLER,

     Defendant and Appellant.

_____

Appellant has filed a motion for a 10-day extension of time to file the opening brief in the referenced matter.

IT IS ORDERED that the motion for extension is GRANTED. Appellant has until March 15, 2021, within which to file the opening brief.

No further extensions will be granted.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
March 12 2021